UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA              CRIMINAL NO. 16-38

VERSUS                                SECTION : L (2)

RICKY P. TEMPLET                      VIOLATION: 18:641 and
                                      18:1028A(a)(1), (c)(1)

NOTICE OF RULE TO REVOKE SUPERVISED RELEASE

Take Notice that this criminal case has been set for a RULE TO REVOKE SUPERVISED RELEASE on THURSDAY, NOVEMBER 21, 2019 AT 2:00PM, before Judge Eldon E. Fallon, Courtroom C-468, 500 Poydras Street, New Orleans, LA 70130.

**Important: Counsel are hereby notified that any request for the imposition of a Non-Guideline Sentence must comply with the deadlines established in LCrR 32.1.1E regarding the submission of motions or letters requesting departures from the Sentencing Guidelines.**

Note: Photo I.D. is required to enter the building.
Persons on bond must report to the Deputy U.S. Marshal immediately outside the aforesaid courtroom for evaluation and search 15 minutes prior to appearance.

| | |
|---|---|
| Date: November 1, 2019 | WILLIAM W. BLEVINS, CLERK |
| | by: Dean Oser, Deputy Clerk |
| TO: | AUSA: Brian Klebba |
| RICKY P. TEMPLET - bOND | |
| Samuel Scillitani, Asst. FPD | U.S. Marshal |
| | U.S. Probation Officer |
| U.S. Department of Veterans Affairs - OIG | U.S. Probation Office - Pretrial Services Unit |
| **If you change address, notify clerk of court by phone, 504-589-7686** | **JUDGE** |
| | **MAGISTRATE** |
| | COURT REPORTER COORDINATOR |
| | INTERPRETER: None |

```
    FEE_____
 X PROCESS_____
 X DOCKET_____
  X CTRM DEP_____
DOCUMENT NO._____
```