UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO.: 16-038 |
| RICKY TEMPLET | * | SECTION: "L" |

## ORDER

Considering the foregoing Motion to Enroll as Counsel of Record, R. Doc. 44;

**IT IS ORDERED** that Assistant Federal Public Defender Samuel J. Scillitani be and hereby is enrolled as counsel of record for Defendant Ricky Templet in this matter.

New Orleans, Louisiana, this  4th  day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE